# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

BLOUNT

VERSUS

FLAGSHIP CREDIT ACCEPTANCE

CIVIL ACTION

20-676-SDD-EWD

## RULING

The Court has carefully considered the *Motion,*[1] the response[2] and reply[3], the record, the law applicable to this action, and the *Report and Recommendation*[4] of United States Magistrate Judge Erin Wilder-Doomes dated August 3, 2021.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the *Motion to Dismiss*[5] filed by Defendant Flagship Credit Acceptance is GRANTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff Daysha Blount be given twenty-one (21) days from the date of the *Ruling* adopting the *Report and Recommendations* in which to

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 16.
[3] Rec. Doc. 17.
[4] Rec. Doc. 18.
[5] Rec. Doc. 12.

amend her *Complaint* to cure the deficiencies, and Plaintiff's failure to timely file an amended complaint will result in conversion of the dismissal to one with prejudice.

Signed in Baton Rouge, Louisiana on September 10th, 2021.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**