## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DAYSHA BLOUNT.

CIVIL ACTION

VERSUS

20-676-SDD-EWD

FLAGSHIP CREDIT ACCEPTANCE

### JUDGMENT

Because Plaintiff failed to amend her complaint, the previous dismissal without prejudice is converted to a dismissal with prejudice.

Judgment is hereby entered in favor of Defendant, Flagship Credit Acceptance, and against Plaintiff, Daysha Blount.  This matter is dismissed with prejudice.

Signed in Baton Rouge, Louisiana on <u>February 18, 2022</u>.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**